IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

IN RE :

APPLICATION OF
ARMANDO DE ARMAS

Applicant.

_____/

**APPLICATION FOR DISCOVERY ASSISTANCE
PURSUANT TO 28 U.S.C. § 1782**

Applicant, Armando de Armas ("Mr. de Armas" or the "Applicant"), requests that the Court provide discovery assistance from Darmiven, Inc. (the "Respondent") with respect to foreign legal proceedings, pursuant to 28 U.S.C. § 1782 (the "Statute" or "Section 1782"), for the reasons stated below.[1]

1. The Applicant, Armando de Armas, is a shareholder in multiple corporations that are managed by Darmiven, Inc., from its offices in Doral, Florida.

2. These entities' investments and operations in Miami-Dade County, Florida, include investment accounts held in Miami-Dade County and an aircraft, Tail No. V-PCDV (the "Airplane"), owned jointly with Martin Antonio de Armas Silva and Andres de Armas Silva through a series of entities, including Arven, Jerome International, S.A., and Marand Re S.A.

3. The Applicant requests that the Court provide discovery assistance to be used in foreign proceedings reasonably contemplated by the Applicant (the "Proceedings") arising from the misappropriation of the Applicant's investments in the entities managed by Darmiven.

---

[1] This application is supported by Applicant's separately filed Memorandum in Support of Application for Discovery Assistance.

1

4. The Applicant requests that the Respondent, which is located in this District at 6355 NW 36 Street, Suite 506, Miami, FL 33166, be directed to provide the discovery described below in support of the Proceedings.

5. Such discovery assistance is expressly authorized by 28 U.S.C. § 1782, which provides that:

> The district court of the district in which a person resides or is found *may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal . . .* The order may be made . . . *upon the application of any interested person* and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court (*emphasis added*).

28 U.S.C. § 1782(a) (emphasis added).

6. Section 1782 assistance is appropriate here because: (i) the Respondent "resides or is found" in this district; (ii) the Applicant is an "interested person" (not only as a party to the Proceeding, but also generally as a person who possesses a reasonable interest in obtaining judicial assistance); and (iii) the Proceeding will take place before "a foreign or international tribunal." *See Intel v. Advanced Micro Devices*, 542 U.S. 241 (2004).

7. The Applicant requests that the Respondent be directed to provide documents in accordance with the Federal Rules of Civil Procedure. The specific discovery that Applicant seeks from the Respondent is set forth as Exhibit "A" to this application.

8. The Applicant requests that the Respondent be directed to produce witnesses reasonably expected to be called or deposed during the Proceeding, set forth as Exhibit "B" to this application.

9. In light of the foregoing, the Applicant respectfully requests that this request for assistance be granted. A proposed order is attached hereto as Exhibit "C".

April 24, 2017                                    Respectfully submitted,

**DLA PIPER LLP (US)**

By:   s/ Harout Jack Samra
     Ryan O'Quinn
     Florida Bar No. 513857
     Ryan.OQuinn@DLAPiper.com
     Harout Jack Samra
     Florida Bar No. 70523
     Harout.Samra@dlapiper.com
     200 S. Biscayne Blvd., Suite 2500
     Miami, FL 33131
     305-423-8500 Telephone
     305-437-8131 Facsimile

     *Counsel for Plaintiff*
     *Armando de Armas Caraballo*